IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL EDWAWRD CALHOUN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0231-CG-M |
| | ) |
| LEE POSEY DANIELS, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 13, 2016, is **ADOPTED** as the opinion of this Court

**DONE and ORDERED** this 4th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE