IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL EDWAWRD CALHOUN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0231-CG-M |
| | ) |
| LEE POSEY DANIELS, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED** and this action is **DISMISSED**.  The Court finds that any certificate of appealability filed by Petitioner is **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 4th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE